# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| WILLIAM CROSKEY | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:05-MC-9013 |
| RELIABLE BMW | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

COMES NOW Defendant Reliable BMW ("Defendant"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and submits this notice of dismissal of Defendant's action taken against Plaintiff William Croskey pursuant to Defendant's filing of its Motion to Quash Subpoena *Duces Tecum*.

Respectfully submitted,

ARMSTRONG TEASDALE LLP

By: /s/ David J. Kornelis
David J. Kornelis, #26285
Scott K.G. Kozak, Esq.
2345 Grand Boulevard, Suite 2000
Kansas City, Missouri 64108-2617
(816) 221-3420 (Office)
(816) 221-0786 (Facsimile)
dkornelis@armstrongteasdale.com
skozak@armstrongteasdale.com

Attorneys for Defendant Reliable BMW

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via electronic mail on this 21st day of March, 2005 to:

Marc E. Lipton, Esq.
Lipton Law Center, P.C.
18930 West Ten Mile, Suite 3000
Southfield, Michigan 48075

David K. Schneider, Esq.
Yunker & Schneider
550 West C Street, Suite 1160
San Diego, California 92101

Attorneys for Plaintiff
William Croskey

                                          /s/ David J. Kornelis